

**Supreme Court of Utah**
450 South State Street, Fifth Floor
P.O. Box 140210
Salt Lake City, Utah 84114-0210

Nicholas Stiles
Appellate Court Administrator

Nicole J. Graay
Clerk of Court

Appellate Clerks' Office
Telephone 801-578-3900
Email: supremecourt@utcourts.gov

Matthew B. Durrant
    Chief Justice
Jill M. Pohlman
    Associate Chief Justice
Paige Petersen
    Justice
Diana Hagen
    Justice
John J. Nielsen
    Justice

December 9, 2025

U.S. District Court for Utah

CLERK OF COURT

utdecf_clerk@utd.uscourts.gov


Re: Castillo v. Duke Capital US District Court No. 2:20-cv-00229-JNP-JCB
Utah Supreme Court No. 20251146-SC

Dear Clerk of Court:

On November 7, 2025, the Utah Supreme Court issued an order accepting the certified question of state law. That order instructed counsel to designation the documents in the U.S. District Court's record necessary for purposes of briefing as to the certified questions.

A copy of the stipulated record designation, filed on November 21, 2025, is included with this letter. Please provide electronic copies of the documents identified in counsel's designation. We also request a certified copy of the U.S. District Court's civil docket which will serve as an index of the pleadings filed in the case.

If you have any questions, please contact me at 801-238-7974 or nicoleg@utcourts.gov. Your assistance with this process is appreciated.

cc: DANIEL MATEUSZ BACZYNSKI
    SCOTT C. BORISON
    TYLER B. AYRES
    BRETT B. LARSEN
    GREGORY M. CONSTANTINO
    DAVID J. HANUS

Respectfully,

**Dated:** December 9, 2025
05:11:09 PM

/s/ NICOLE I. GRAY
Clerk of Court