Daniel Baczynski, Bar No. 15530
BACZYNSKI LAW, PLLC
136 W. 12300 S., Ste B
Draper, UT 84020
(708) 715-2234
dan@bskilaw.com
Attorneys for Plaintiff

## IN THE SUPREME COURT
## OF THE STATE OF UTAH

| | |
|---|---|
| SARAH CASTILLO, VIKTORIA SVENSSON, and ROBIN BEAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DUKE CAPITAL, LLC,<br><br>Defendant, | **JOINT DESIGNATION OF RECORD FOR CONSIDERATION OF CERTIFIED QUESTION**<br><br>Appellate Case No: 20251146-SC<br><br>Federal Case No: 2:20-cv-00229-JNP |

On November 7th, 2025, the Supreme Court filed an Order requesting the parties "advise this Court what portions of the record they believe necessary for the consideration of the certified question". The Parties have conferred and propose the following documents from the federal court should be designated as the record for consideration of the certified question:

- ECF 59 (Defendant's Motion for Summary Judgment)
- ECF 60 (Appendix to Defendant's Motion for Summary Judgment)
- ECF 65 (Plaintiffs' Memorandum in Opposition to Motion for Summary Judgment)
- ECF 72 (Defendant's Reply to Motion for Summary Judgment)
- ECF 76 (Plaintiffs' Notice of Supplemental Authority)
- ECF 77 (Defendant's Response to Notice of Supplemental Authority)
- ECF 78 (Order on Motion for Summary Judgment)

/s/    Daniel Baczynski                              Date: 11/21/2025
Attorneys for Plaintiffs

1

/s/     Gregory Constantino                              Date: 11/21/2025
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on this <u>November 21, 2025</u>, I caused a true and correct copy of this Joint Motion to be served on all parties of record through the Court's electronic filing system.

/s/    Daniel Baczynski